UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 4 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Lowell B. Long, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. **09 0360** |
| Steven D. Bolton, U.S. Probation Officer, | ) |
|       Defendant. | ) |

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a determination that the complaint, among other grounds, seeks monetary relief from an immune defendant).

Plaintiff, an inmate at the District of Columbia Jail, sues United States Probation Officer Steven D. Bolten for allegedly "failing to provide reasonable notice of probation violation," in violation of the due process clause. Compl. at 5. He seeks $350,000 in monetary damages. Like judges and other court officials, probation officers "are absolutely immune from liability for damages" under 42 U.S.C. § 1983 for actions taken, as alleged here, within the scope of their official duties as "an integral part of the judicial process." *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993). The complaint therefore is dismissed. A separate Order accompanies this Memorandum Opinion.

Date: February 6, 2009

_____
United States District Judge